UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SUE A. MARTIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:13-cv-01388-APG-CWH<br><br>**ORDER** |

On August 6, 2013, Magistrate Judge Carl W. Hoffman entered his Findings and Recommendation [Dkt #4] recommending that Plaintiff's Application to Proceed *In Forma Pauperis* [Dkt #1] be denied, and that Plaintiff be required to pay the $400.00 filing fee.

Pursuant to Local Rule IB 3-2, any objection to the Magistrate Judge's findings and recommendations had to be filed within 14 days from the date of service. No objection was filed. However, on August 13, 2013, Plaintiff paid the filing fee and filed her Complaint. Thus, the Findings and Recommendation are approved but are now moot. Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Findings and Recommendation are adopted and approved in their entirety, but are now moot based on Plaintiff's paying the filing fee recommended in the Finding and Recommendation.

Dated: October 7, 2013

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE