UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUE A. MARTIN,<br><br>                        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>                        Defendant. | Case No. 2:13-cv-01388-APG-CWH<br><br>**Order Accepting Report and Recommendation and Remanding Case**<br><br>(Dkt. ## 16, 22, 27) |

       On April 14, 2015, Magistrate Judge Hoffman entered his Report and Recommendation (Dkt. #27) recommending that Plaintiff's Motion for Reversal and/or Remand (Dkt. #16) be granted in part, subject to the modification that it be remanded for an award of benefits beginning on September 27, 2011. Judge Hoffman further recommended that Defendant's Cross-Motion to Affirm (Dkt. #22) be denied in part. Plaintiff filed an objection to Judge Hoffman's Report and Recommendation. (Dkt. #28.) I have conducted a de novo review of the issues set forth in the Report and Recommendation pursuant to Local Rule IB 3-2. Judge Hoffman's Report and Recommendation sets forth the proper legal analysis, and the factual bases, for the decision. Therefore,

       IT IS HEREBY ORDERED that Judge Hoffman's Report and Recommendation **(Dkt. #27) is accepted**, Plaintiff's Motion for Reversal or Remand **(Dkt. #16) is GRANTED IN PART**, Defendant's Cross-Motion to Affirm **(Dkt. #22) is DENIED IN PART**, and this case is **REMANDED** for an award of benefits beginning on September 27, 2011.

Dated: September 15, 2015.

                                                              ANDREW P. GORDON<br>
                                                              UNITED STATES DISTRICT JUDGE