DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137

JENNIFER A. KENNEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Tel: (415) 977-8945
Fax: (415) 744-0134
E-mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SUE A. MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | CIVIL NO. 2:13-CV-01388-APG-CWH<br><br>ORDER AWARDING<br>EQUAL ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d) AND<br>COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for Award of Equal Access to Justice Act Attorney Fees and Expenses Fees Pursuant to 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920 (Stipulation), IT IS HEREBY ORDERED that attorney's fees under the Equal Access to Justice Act in the amount of seven thousand and five hundred dollars ($7,500.00) as authorized by 28 U.S.C. § 2412(d); and four hundred dollars ($400) in costs under Taxation of Costs, 28 U.S.C. § 1920, are awarded subject to the terms and

//

1  conditions of the Stipulation.

2

3  DATED: July 20, 2016

_____
UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26