# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Sue A. Martin

               Plaintiff,
v.

Carolyn W. Colvin

               Defendant.

JUDGMENT IN A CIVIL CASE
for ATTORNEY FEES

Case Number: 2:13-cv-01388-APG-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff Sue Martin's attorney, David Chermol, is awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $20,954.00.   IT IS FURTHER ORDERED that David Chermol shall reimburse plaintiff Sue Martin the amount of $7,500.00 for EAJA fees previously paid by the Commissioner.

 

 3/06/3018  
Date

 DEBRA K. KEMPI  
Clerk

 /s/ A. Reyes  
Deputy Clerk